FILE COPY

DATE: 6/5/2015

RE: Case No. 15-0180

COA #: 12-14-00238-CV   TC#: 20870

STYLE: IN THE INTEREST OF S.R., A CHILD.

Today the Supreme Court of Texas denied the motion for rehearing of the above-referenced petition for review.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District
JUN 09 2015
TYLER TEXAS
CATHY S. LUSK, CLERK